**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jamie Demond BELL, a.k.a. Jammy Demond Bell, Defendant–Appellant.**

**Nos. 04–13223, 04–13224**
**Non–Argument Calendar.**
**D.C. Docket No. 03–00210–CR–WS.**

United States Court of Appeals, Eleventh Circuit.

March 27, 2006.

Lila V. Cleveland, Mobile, AL, for Defendant–Appellant.

David Andrew Sigler, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Before BIRCH, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Lila Cleveland, appointed counsel for Jamie Demond Bell in this direct criminal appeal has moved to resubmit a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). We also construe this motion as renewed motion to withdraw from further representation of the appellant. Counsel's motion to resubmit the brief originally filed on March 29, 2005 is **GRANTED**. Moreover, our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's renewed motion to withdraw is **GRANTED**, and Bell's conviction and sentence are **AFFIRMED**.